United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Fitzgerald  
Rosemary Fitzgerald  
      Debtors

Case No. 15-14684-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Sep 13, 2016  
Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2016.  
db/jdb       +Robert Fitzgerald,    Rosemary Fitzgerald,    2874 Tolbut St.,    Philadelphia, PA 19136-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2016 at the address(es) listed below:

       ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION  
        aaaronson@dilworthlaw.com,   mdolan@dilworthlaw.com;amelli-mirza@dilworthlaw.com  
       FREDERICK L. REIGLE     ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       HARVEY ISEMAN    on behalf of Joint Debtor Rosemary   Fitzgerald hiseman@comcast.net,  
        hiseman@msn.com  
       HARVEY ISEMAN    on behalf of Debtor Robert   Fitzgerald hiseman@comcast.net,   hiseman@msn.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...  
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                  TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert Fitzgerald and Rosemary Fitzgerald

    Debtor(s)

Chapter: 13

Bankruptcy No: 15−14684−sr

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 31,2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Stephen Raslavich
Judge ,
United States Bankruptcy Court

65
Form 155