THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| ROBERT FITZGERALD and | : | |
| ROSEMARY FITZGERALD, | : | |
| | : | Case No. 15-14684 (SR) |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER ON CERTIFICATION OF DEFAULT**

AND NOW, this ____ day of _____, 2017, upon consideration of Police and Fire Federal Credit Union's Certification of Default of Stipulation and Consent Order Resolving Motion for Relief from Automatic Stay (the "Certificate of Default"), it is hereby:

ORDERED, that the Police and Fire Federal Credit Union ("PFFCU") is entitled to relief pursuant to the Stipulation[1] and section 362(d)(1) of the Bankruptcy Code; and it is further

ORDERED, that PFFCU is granted relief from the automatic stay with respect to the Property; and it is further

ORDERED, that PFFCU is granted relief from the automatic stay to issue a notice of default under the Mortgage and Note (to the extent any such notice is required by said documents); and it is further

ORDERED, that PFFCU is granted relief from the automatic stay to enforce its rights under state law and the applicable Mortgage and Note.

**Dated: February 3, 2017**

_____
The Honorable Stephen Raslavich
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Certification.

119420960_1