United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-14684-sr
Robert Fitzgerald                                               Chapter 13
Rosemary Fitzgerald
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: ChrissyW              Page 1 of 1           Date Rcvd: Feb 03, 2017
                            Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
```
db/jdb        +Robert Fitzgerald,   Rosemary Fitzgerald,   2874 Tolbut St.,   Philadelphia, PA 19136-1021
13556205      +PFFCU,   901 Arch Street,   Philadelphia, PA 19107-2404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
```
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HARVEY   ISEMAN    on behalf of Debtor Robert  Fitzgerald hiseman@comcast.net,   hiseman@msn.com
              HARVEY   ISEMAN    on behalf of Joint Debtor Rosemary  Fitzgerald hiseman@comcast.net,
               hiseman@msn.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| ROBERT FITZGERALD and | : | |
| ROSEMARY FITZGERALD, | : | |
| | : | Case No. 15-14684 (SR) |
| | : | |
| Debtors. | : | |
| | : | |

## ORDER ON CERTIFICATION OF DEFAULT

AND NOW, this ____ day of _____, 2017, upon consideration of Police and Fire Federal Credit Union's Certification of Default of Stipulation and Consent Order Resolving Motion for Relief from Automatic Stay (the "Certificate of Default"), it is hereby:

ORDERED, that the Police and Fire Federal Credit Union ("PFFCU") is entitled to relief pursuant to the Stipulation[1] and section 362(d)(1) of the Bankruptcy Code; and it is further

ORDERED, that PFFCU is granted relief from the automatic stay with respect to the Property; and it is further

ORDERED, that PFFCU is granted relief from the automatic stay to issue a notice of default under the Mortgage and Note (to the extent any such notice is required by said documents); and it is further

ORDERED, that PFFCU is granted relief from the automatic stay to enforce its rights under state law and the applicable Mortgage and Note.

**Dated: February 3, 2017**

_____
The Honorable Stephen Raslavich
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Certification.

119420960_1