United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Fitzgerald  
Rosemary Fitzgerald  
      Debtors

Case No. 15-14684-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 2     Date Rcvd: Feb 15, 2017  
                 Form ID: pdf900     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.

```
db/jdb         +Robert Fitzgerald,    Rosemary Fitzgerald,    2874 Tolbut St.,    Philadelphia, PA 19136-1021
13556199       +CBCS,   Credit First National Assoc.,    P.O.BOX 2589,    Columbus, OH 43216-2589
13556200        Hudson Acceptance, LLC,    Comenity Bank - Woman Within,    190 Monroe Street Suite 201,
                 Hackensack, NJ  07601
13556201       +J.A. Cambece Law Office, P.C,    G.E. Money Retail Bank,    200 Cummings Center, Suite 173D,
                 Beverly, MA 01915-6190
13556202       +J.J. Cambece Law Office, P.C.,    Citibank South Dakota, NA,    200 Cummings Center, Suite 173D,
                 Beverly, MA 01915-6190
13585242       +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13556204        PA Housing Finance Agency,    P.O.Box 13280,    Philadelphia, PA  19101-3280
13556205       +PFFCU,   901 Arch Street,    Philadelphia, PA 19107-2404
13587810       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13597294       +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa 19107-2495
13556208       +Portfolio Reco Associates, LLC,    P O Box 12903,    Norfolk, VA 23541-0903
13556210        Sears Credit Card,    P O Box 183081,    Columbus, OH  43218-3081
13659130       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
13556211        Visa,   P O Box 4521,    Carol Stream, IL  60197-4521
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Feb 16 2017 02:32:42    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2017 02:32:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2017 02:32:32    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 02:21:02    Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13561874       +E-mail/Text: ebn@squaretwofinancial.com Feb 16 2017 02:32:32    CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13652305        E-mail/Text: bankruptcy@phila.gov Feb 16 2017 02:32:42    City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13556198        E-mail/Text: cms-bk@cms-collect.com Feb 16 2017 02:31:50    Capital Management Services,
                 Macy’s,   698 1/2 So. Ogden Street,    Buffalo, NY  14206-2317
13556203        E-mail/Text: bankruptcy@affglo.com Feb 16 2017 02:32:21    Leading Edge Recovery Solutions,
                 FIA Card Services,    P O Box 129,    Linden, MI  48451-0129
13556209        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2017 02:45:12
                 Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA  23502
13623412        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2017 02:45:13
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13556206       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2017 02:44:58
                 Portfolio Reco Associates, LLC,    GE Capital Retail Bank,    P O Box 12914,
                 Norfold, VA 23541-0914
13556207       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2017 02:46:00
                 Portfolio Reco Associates, LLC,    Fashion Bug,    P O Box 12914,    Norfold, VA 23541-0914
13562292        E-mail/PDF: rmscedi@recoverycorp.com Feb 16 2017 02:21:07
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                  Date Rcvd: Feb 15, 2017
                               Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HARVEY  ISEMAN    on behalf of Joint Debtor Rosemary  Fitzgerald hiseman@comcast.net,
               hiseman@msn.com
              HARVEY  ISEMAN    on behalf of Debtor Robert  Fitzgerald hiseman@comcast.net,  hiseman@msn.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ROBERT FITZGERALD
ROSEMARY FITZGERALD

                                                    : Bankruptcy No. 15-14684SR
            Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: February 15, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

HARVEY ISEMAN ESQ
2414 RHAWN STREET
SUITE #2
PHILADELPHIA PA 19152-

ROBERT FITZGERALD
ROSEMARY FITZGERALD
2874 TOLBUT ST.
PHILADELPHIA,PA.19136